

**The Law Office of
Sheila R. Stuart, Esq., LLC**
Attorney Sheila R. Stuart
Bemiston Tower
231 South Bemiston Avenue
Suite 800
Clayton, MO 63105

Email: lawofficesheilarstuart@yahoo.com
Website www.lawofficesheilastuart.com

Sheila R. Stuart, Attorney at Law
Licensed in Missouri
Admitted to Eastern District Court of Missouri

Direct Dial 314-680-0920
Fax 314-854-9118

June 12, 2019

Equal Employment Opportunity Commission
Robert A. Young Federal Building
1222 Spruce Street, Room 8.100
St. Louis, MO 63103

*Re: Niema Jordan v. Bi-State/Metro*

Dear EEOC Representative,

Our office is currently retained to represent Ms. Jordan in the above reference matter. Ms. Jordan is scheduled for mediation on July 3, 2019.

Please forward all necessary information to assist with mediation on July 3, 2019. You are welcome to contact our office at 314-854-1339 with any questions. Thank you in advance for your cooperation.

Yours truly,

/s/ *Sheila R. Stuart*

Attorney Sheila R. Stuart

**EXHIBIT A**

THE LAW OFFICE OF SHEILA R. STUART